From: Robert Helfend <rmhelfend@gmail.com>
Subject: Re: Meet and Confer - Doe v. Dinkfeld
Date: May 21, 2019 at 5:32:18 PM PDT
To: Carol Hepburn <carol@hepburnlaw.net>

# Carol
Thank you for your email.
Mr. Dinkfeld is considering his options.

ROBERT M. HELFEND
23838 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
310-456-3317
310-739-0062 Cell

On Tue, May 21, 2019 at 3:24 PM Carol Hepburn <carol@hepburnlaw.net>
wrote:
Robert
I've not heard back from you. We are willing to make this allegation more specific. If I dong head from you I will put this in letter form.

Carol L. Hepburn
Carol L. Hepburn, P.S.
200 First Ave. W. Suite 550
Seattle, WA 98119

(206) 957-7272 (office)
(206) 498-8668 (mobile)
(206) 957-7273 (fax)

www.savagelawyer.com

This email is intended only for the addressee shown above.  It may contain information that is privileged and confidential, or otherwise protected from disclosure.  Any review, dissemination or use of this transmission or its contents by persons other than the addressee is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone and delete this transmission.  Thank you.

On May 15, 2019, at 5:39 PM, John Kawai <Jk@czrlaw.com> wrote:

I would agree that in isolation paragraph 23 could be expanded, but in context of the allegations in the complaint, we can read it in conjunction with paragraphs 9-11, and 12-14.

# JOHN A. KAWAI

TRIAL LAWYER

<image001.jpg>

**Carpenter, Zuckerman & Rowley**

407 Bryant Circle, Suite F

Ojai, CA 93023

T 805-272-4001 F 805-719-6858 M 714-743-2935

czrlaw.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom the email is addressed. If you are not the named addressee, you are prohibited from disclosing, copying, or disseminating this email in any manner. Instead, please delete this email from

your system and notify the sender of the error. The sender may be contacted by return email or by calling (805) 272-4001.

**From:** Carol Hepburn <carol@hepburnlaw.net>
**Date:** Wednesday, May 15, 2019 at 4:56 PM
**To:** rmhelfend <rmhelfend@gmail.com>
**Cc:** Debbie Bianco <deb@debbiancolaw.com>, John Kawai <Jk@czrlaw.com>, Michelle Sparks <michelle@hepburnlaw.net>
**Subject:** Re: Meet and Confer - Doe v. Dinkfeld

Robert,

I understand from our brief call just now that you feel that paragraph 23 of the complaint is not specific enough as is required by the USSC Twombly case. I understand that paragraph 23 is the only part of the case that you have this issue with.

We can make the allegation more specific. It seems that could be done via letter, amended complaint, or some other pleading. Do you have a preference?

I also understand from our brief call that you will be defense counsel for this matter going forward given your familiarity with the criminal case. Do you have the materials from the restitution requests made in the criminal case?

Thanks much

Carol

On May 15, 2019, at 4:30 PM, rmhelfend <rmhelfend@gmail.com> wrote:

I'm on my cell.

On May 15, 2019, at 4:30 PM, Carol Hepburn <carol@hepburnlaw.net> wrote:

We need to have everyone on the call. Can you do that?

On May 15, 2019, at 4:22 PM, rmhelfend <rmhelfend@gmail.com> wrote:

I was going to call carol.

I'm ready now, if that works.

On May 15, 2019, at 3:29 PM, Carol Hepburn <carol@hepburnlaw.net> wrote:

What are the conference call arrangements?

CAROL L. HEPBURN

CAROL L. HEPBURN, P.S.

200 FIRST AVE WEST, SUITE 550

SEATTLE, WA  98119

(206)957-7272

(206)957-7273  FAX

www.savagelawyer.com

<image001.jpg><image002.png><image003.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND CONFIDENTIAL, OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION, OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THIS TRANSMISSION.  THANK YOU.

**From:** John Kawai <Jk@czrlaw.com>
**Date:** Wednesday, May 15, 2019 at 3:27 PM
**To:** Carol Hepburn <carol@hepburnlaw.net>
**Cc:** rmhelfend <rmhelfend@gmail.com>, Debbie Bianco <deb@debbiancolaw.com>, Michelle Sparks <michelle@hepburnlaw.net>
**Subject:** Re: Meet and Confer - Doe v. Dinkfeld

I'm in a mediation but expect to be done by 4:30.

On May 15, 2019, at 3:18 PM, Carol Hepburn <carol@hepburnlaw.net> wrote:

We would prefer having John included in any meet and confer.  I have texted him but have no idea if he is available.  Can we reschedule?

On May 15, 2019, at 3:14 PM, rmhelfend <rmhelfend@gmail.com> wrote:

If you are asking whether I have contacted Mr. Kawai, I have not.

On May 15, 2019, at 2:09 PM, Carol Hepburn <carol@hepburnlaw.net> wrote:

Mr. Helfend

Have you made any effort to include our local counsel Mr. Kawai on this call?

On May 14, 2019, at 2:50 PM, Robert Helfend <rmhelfend@gmail.com> wrote:

# Counselors

We are reaching out to you to try and arrange a Meet and Confer for tomorrow afternoon.

Pursuant to Local Rule 7-3, Counsel shall meet and confer whenever

opposing Counsel is contemplating a Motion.

Please let us know a convenient time tomorrow, in which to discuss our issues.

Thank you

ROBERT M. HELFEND

23838 Pacific Coast Hwy.,

 No. 309

Malibu, CA 90265

310-456-3317

310-739-0062 Cell

CAROL L. HEPBURN

CAROL L. HEPBURN, P.S.

200 FIRST AVE WEST, SUITE 550

SEATTLE, WA  98119

(206)957-7272

(206)957-7273  FAX

www.savagelawyer.com

<AV Rated3.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND CONFIDENTIAL, OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION, OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THIS TRANSMISSION.  THANK YOU.

CAROL L. HEPBURN

CAROL L. HEPBURN, P.S.

200 FIRST AVE WEST, SUITE 550

SEATTLE, WA  98119

(206)957-7272

(206)957-7273  FAX

www.savagelawyer.com



<image004.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND CONFIDENTIAL, OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION, OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THIS TRANSMISSION.  THANK YOU.

CAROL L. HEPBURN

CAROL L. HEPBURN, P.S.

200 FIRST AVE WEST, SUITE 550

SEATTLE, WA  98119

(206)957-7272

(206)957-7273  FAX

[www.savagelawyer.com](www.savagelawyer.com)

<image002.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND CONFIDENTIAL, OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION, OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THIS TRANSMISSION.  THANK YOU.

CAROL L. HEPBURN

CAROL L. HEPBURN, P.S.

200 FIRST AVE WEST, SUITE 550

SEATTLE, WA  98119

(206)957-7272

(206)957-7273  FAX

www.savagelawyer.com

<image002.jpg>

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE.  IT MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND CONFIDENTIAL, OR OTHERWISE PROTECTED FROM DISCLOSURE.  ANY REVIEW, DISSEMINATION, OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THIS TRANSMISSION.  THANK YOU.