1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE, as next friend for "JESSY," a minor, and "SOLOMON", | NO. 2:19-cv-01554-ODW-SS |
|---|---|
| Plaintiffs, | |
| v. | DECLARATION OF JOHN A. KAWAI REGARDING AUTHENTICATION OF PLAINTIFF DECLARATIONS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| EDWARD CHARLES DINKFELD, | |
| Defendant. | |

- 1

**CAROL L. HEPBURN, P.S.**
**ATTORNEYS AT LAW**
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-

1   JOHN A. KAWAI hereby declares the following to be true and correct
2   under penalty of perjury of the laws of the State of California:

3   1.   I am one of the attorneys representing the Plaintiffs "Jessy" and
4   "Solomon" in this action ("Jessy" and "Solomon", or "Plaintiffs"). I make this
5   Declaration in support of their Opposition to Defendant's Motion to Dismiss.

7   2.   Attached hereto as Exhibit 1 is a true and correct copy of the Amy,
8   Vicky, and Andy Child Pornography Victim Assistance Act of 2018, as retrieved
10  from congress.gov today.

    CAROL L. HEPBURN, P.S.

    /s Carol L. Hepburn
    Carol L. Hepburn, *Pro Hac Vice*
    200 First Avenue West, #550
    Seattle, WA 98119
    (206) 957-7272
    (206) 957-7273 fax
    carol@hepburnlaw.net
    Attorney for Jessy and Solomon

- 2