1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JANE DOE, as next friend for "JESSY," a minor, and "SOLOMON", | NO. 2:19-cv-01554-ODW-SS |
|---|---|
| Plaintiffs, | |
| v. | DECLARATION OF CAROL L. HEPBURN REGARDING AUTHENTICATION OF PLAINTIFF DECLARATIONS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| EDWARD CHARLES DINKFELD, | |
| Defendant | |
| | NOTE ON MOTION CALENDAR: |

- 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of California:

1. I am one of the attorneys representing the Plaintiffs "Jessy" and "Solomon" in this action ("Jessy" and "Solomon", or "Plaintiffs"). I make this Declaration in support of their Opposition to Defendant's Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of "Jane Doe," Next Friend for Jessy. I know that she has signed this declaration with her legal name. I have partially redacted that signature to preserve her anonymity as authorized by the court's order allowing Plaintiffs to proceed via pseudonym. I will maintain the original of her signed unredacted declaration on file in my office.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Solomon. I know that he has signed this declaration with his legal name. I have partially redacted that signature to preserve his anonymity as authorized by the court's order allowing Plaintiffs to proceed via pseudonym.

//
//
//
//

- 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  I will maintain the original of his signed unredacted declaration on file in my

2  office.

3

4  DATED this 12th day of June, 2019, at Seattle, Washington.

                                CAROL L. HEPBURN, P.S.


                                /s Carol L. Hepburn
                                Carol L. Hepburn, *Pro Hac Vice*
                                200 First Avenue West, #550
                                Seattle, WA 98119
                                (206) 957-7272
                                (206) 957-7273 fax
                                carol@hepburnlaw.net
                                Attorney for Jessy and Solomon
                                CAROL L. HEPBURN, P.S.

- 3

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273