# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, as next friend for "Jessy," And "SOLOMON"<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHARLES EDWARD DINKFELD,<br><br>　　　　　　　　Defendant. | NO.  2:19-cv-01554-ODW-SS<br><br>DECLARATION OF PLAINTIFF "JANE DOE," Next Friend for "Jessy" IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: |

"JANE DOE" hereby declares the following to be true and correct under penalty of perjury of the laws of the State of California:

1. I am the Plaintiff "Jane Doe," Next Friend for the Minor "Jessy" in this action. I am Jessy's mother and make this Declaration in support of Plaintiffs' response to the Defendant's Motion to Dismiss.

DECLARATION OF JANE DOE For Jessy
IN SUPPORT OF RESPONSE TO
DEFENDANT'S MOTION TO DISMISS - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

2. Jessy is the subject of the child pornography series known as the Surfer Hair series. Jessy was a named victim in the criminal prosecution of Defendant Dinkfeld for possessing his child pornography images.

3. Mr. Dinkfeld paid restitution to Jessy as he was ordered to by the court in his criminal prosecution. We use the pseudonym "Jessy" for my son in order to protect him from any child pornography consumers who may try to find him. We do not want him to be identified or contacted by individuals who collect child pornography images.

4. Carol Hepburn and Deborah Bianco have been our attorneys for Jessy since 2016 in matters such as this and the criminal prosecution of Mr. Dinkfeld relating to the trafficking of Jessy's images.

DATED this 10th day of June 2019 at 8:34 am.

"Jane Doe"

DECLARATION OF JANE DOE For Jessy
IN SUPPORT OF RESPONSE TO
DEFENDANT'S MOTION TO DISMISS - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273