# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, as next friend for "Jessy," And "SOLOMON"<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES EDWARD DINKFELD,<br><br>Defendant. | NO. 2:19-cv-01554-ODW-SS<br><br>DECLARATION OF PLAINTIFF "SOLOMON" IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>_____ |

"SOLOMON" hereby declares the following to be true and correct under penalty of perjury of the laws of the State of California:

1. I am the Plaintiff "Solomon" in this action. I make this Declaration in support of my response to the Defendant's Motion to Dismiss.

DECLARATION OF SOLOMON IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION TO DISMISS - 1

**CAROL L. HEPBURN, P.S.**
**ATTORNEYS AT LAW**
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

2. I am the subject of the child pornography series known as J Blonde. I was a named victim in the criminal prosecution of Defendant Dinkfeld for possessing my child pornography images.

3. Mr. Dinkfeld paid restitution to me as he was ordered to by the court in his criminal prosecution. I go by the pseudonym "Solomon" in order to protect my anonymity because I don't want to be identified or contacted by individuals who collect child pornography images.

4. Carol Hepburn has been my attorney since 2016 in matters such as this and the criminal prosecution of Mr. Dinkfeld relating to the trafficking of my images.

DATED this 7th day of June 2019 at 7:29 pm.

"Solomon"

DECLARATION OF SOLOMON IN
SUPPORT OF RESPONSE TO
DEFENDANT'S MOTION TO DISMISS - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273