ROBERT M. HELFEND (SBN 113380)
23838 Pacific Coast Highway
 No. 309
Malibu, CA 90265
Telephone: (310) 456-3317
Email: rmhelfend@gmail.com

Attorneys for *Defendant Edward Dinkfeld*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, as next friend for "JESSY," a minor, and "SOLOMON", <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD CHARLES DINKFELD, <br><br> Defendant. | Case No.: 2:19-cv-01554-ODW-SS <br><br> **DECLARATION OF ROBERT M. HELFEND IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR RELIEF FROM PERSONAL APPEARANCE AT JANUARY 7, 2020 MEDIATION PURSUANT TO LOCAL RULE 16-15.5** <br><br> [Notice; Memorandum of Points & Authorities; and [proposed] order filed concurrently herewith] <br><br> Date:  January 7, 2020 <br> Time: 1:30 P.M. <br> Dept.: 590, 5th Floor <br> Judge: Hon. Suzanne H. Segal (for purposes of mediation) |

///
///
///
///
///
///
///
///

## **DECLARATION OF ROBERT M. HELFEND**

I, Robert M. Helfend, declare as follows:

1. I am an attorney at law duly licensed to practice before all Courts of the State of California and the United States District Court for the Central District of California. I am the attorney of record for Edward Charles Dinkfeld ("Mr. Dinkfeld") in this action. By virtue of my involvement in this matter, I have personal knowledge of the facts set forth herein and if called upon as a witness, I could and would testify thereto.

2. This matter is currently set for a Settlement Conference on January 7, 2020 at 1:30 pm before Honorable Suzanne H. Segal. As Mr. Dinkfeld's counsel, I will be making a personal appearance at the Settlement Conference on his behalf.

3. In connection with the Settlement Conference, I emailed Ms. Marlene Ramirez (Courtroom Deputy Clerk, Honorable Suzanne H. Segal) on November 15, 2019 to advise that Mr. Dinkfeld is currently in custody in Lompoc penitentiary and, in a good faith effort to determine whether Mr. Dinkfeld could be released from custody for purposes of attending the mediation.

4. I have been unable to obtain Mr. Dinkfeld's release from custody in connection with the Settlement Conference, but diligently corresponded with Mr. Dinkfeld in order to obtain his written authorization for final settlement authority. Thus, I reasonably believe that I can satisfy this Court's local rules and requirements for the Settlement Conference. L.R. 16-15.5(b) ("[e]ach party shall appear at the settlement proceeding in person *or* be a representative with final authority to settle the case…" (emphasis added)).

5. Since Mr. Dinkfeld is in federal custody, there is good cause to allow me to appear at the Settlement Conference on his behalf. I look forward to working constructively with the Court and with opposing counsel to hopefully achieve a mutually agreeable resolution at the Settlement Conference.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of January, 2020, in Los Angeles, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Robert M. Helfend
Robert M. Helfend

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney and member of the bar of the Central District of California and that on this 2nd day of January, 2020, I caused to be sent via this Court's ECF Filing, a true and correct copy of the above and foregoing **DECLARATION OF ROBERT M. HELFEND IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR RELIEF FROM PERSONAL APPEARANCE AT JANUARY 7, 2020 MEDIATION PURSUANT TO LOCAL RULE 16-15.5** to the following:

Carol L. Hepburn, Esq.
200 First Avenue West, #550
Seattle, WA 98119
(206) 957-7272
(206) 957-7273 fax
*Attorney for Plaintiff Solomon*

Deborah A. Bianco, Esq.
14535 Bel-Red Road, #201
Bellevue, WA 98007
425-747-4500
*Attorney for Plaintiff Jessy*

John A. Kawai, Esq.
407 Bryan Circle, Suite F
Ojai, CA 93023
805-272-4001
*Attorney for Plaintiffs Solomon and Jessy*

By: /s/ Robert M. Helfend
ROBERT M. HELFEND (SBN 113380)
23838 Pacific Coast Highway
 No. 309
Malibu, CA 90265
Telephone: (310) 456-3317
Email: rmhelfend@gmail.com

*Attorneys for Defendant Edward Charles Dinkfeld*