1 ROBERT M. HELFEND (SBN 113380)
2 23838 Pacific Coast Highway
  No. 309
3 Malibu, CA 90265
4 Telephone: (310) 456-3317
  Email: rmhelfend@gmail.com
5

6 Attorneys for *Defendant Edward Dinkfeld*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, as next friend for "JESSY," a minor, and "SOLOMON", <br><br> Plaintiffs, <br><br> vs. <br><br> EDWARD CHARLES DINKFELD, <br><br> Defendant. | Case No.: 2:19-cv-01554-ODW-SSx <br><br> **ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR RELIEF FROM PERSONAL APPEARANCE AT JANUARY 7, 2020 MEDIATION PURSUANT TO LOCAL RULE 16-15.5** <br><br> [Notice; memorandum of points & authorities; and declaration of Robert M. Helfend filed concurrently herewith] <br><br> Date: January 7, 2020 <br> Time: 1:30 P.M. <br> Dept.: 590, 5th Floor <br> Judge: Hon. Suzanne H. Segal (for purposes of mediation) |

///
///
///
///
///
///
///

     Having fully considered the Memorandum of Points & Authorities in Support of Defendant's *Ex Parte* Application for Relief from Personal Appearance at January 7, 2020 Mediation Pursuant to Local rule 16-15.5 (and the accompanying documents filed concurrently herewith), the Court hereby ORDERS as follows:

     Mr. Dinkfeld is excused from a personal appearance at the Settlement Conference currently scheduled for January 7, 2020 at 1:30 pm and, instead, will be represented by his counsel, Mr. Robert M. Helfend, who has full and final settlement authority in connection with said mediation.

     IT IS SO ORDERED

Dated: 1/06/20                         By: _____/S/_____
                                                   Hon. Suzanne H. Segal

`Case 2:19-cv-01554-ODW-SS   Document 51   Filed 01/06/20   Page 3 of 3   Page ID #:314`

# CERTIFICATE OF SERVICE

I hereby certify that I am an attorney and member of the bar of the Central District of California and that on this 2nd day of January, 2020, I caused to be sent via this Court's ECF Filing, a true and correct copy of the above and foregoing **[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR RELIEF FROM PERSONAL APPEARANCE AT JANUARY 7, 2020 MEDIATION PURSUANT TO LOCAL RULE 16-15.5** to the following:

Carol L. Hepburn, Esq.
200 First Avenue West, #550
Seattle, WA 98119
(206) 957-7272
(206) 957-7273 fax
*Attorney for Plaintiff Solomon*

Deborah A. Bianco, Esq.
14535 Bel-Red Road, #201
Bellevue, WA 98007
425-747-4500
*Attorney for Plaintiff Jessy*

John A. Kawai, Esq.
407 Bryan Circle, Suite F
Ojai, CA 93023
805-272-4001
*Attorney for Plaintiffs Solomon and Jessy*

By: /s/ Robert M. Helfend
ROBERT M. HELFEND (SBN 113380)
23838 Pacific Coast Highway
 No. 309
Malibu, CA 90265
Telephone: (310) 456-3317
Email: rmhelfend@gmail.com

*Attorneys for Defendant Edward Charles Dinkfeld*