UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, as next friend for "JESSY," a minor, and "SOLOMON", <br><br> Plaintiffs, <br><br> v. <br><br> EDWARD CHARLES DINKFELD, <br><br> Defendant. | NO. : 2:19-cv-01554-ODW-SS <br><br> DECLARATION OF JESSY IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS JANE DOE <br><br> NOTE ON MOTION CALENDAR: <br><br> _____ |

Jessy hereby declares the following to be true and correct under penalty of perjury and the laws of the State of California and the United States of America:

1.  I am the Plaintiff known as "Jessy" in this matter.

2.  Deborah Bianco and Carol Hepburn have been representing me since 2016. with regard to the child sexual exploitation images of me which are circulating the internet and the dark web.  These images are known as the Surfer Hair series.  Jessy is the pseudonym that I use for purposes of all court matters concerning my images. I use a pseudonym to protect my privacy and so that

others will not be able to identify me, or know my real name, or my address, or gain any information about me.

3. This court approved the use of a pseudonym (Jessy) for me in this matter.

4. While this matter was pending, I attained the age of majority, and I am no longer a minor. Shortly before I turned 18 I spoke with Ms. Bianco, and advised her and Ms. Hepburn that I wanted them to continue to represent me. After I turned 18, I signed Fee Agreements with them, and have authorized them to continue to represent me in civil and criminal matters.

5. I am asking the court to dismiss my mother as my Next Friend, and to allow me to appear on my own behalf in this matter, as I am now legally an adult.

DATED this 18 day of March, 2020.



"Jessy"