UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JANE DOE, as next friend for "JESSY," a minor, and "SOLOMON",<br><br>                   Plaintiffs,<br><br>v.<br><br>EDWARD CHARLES DINKFELD,<br><br>                   Defendant. | NO. .: 2:19-cv-01554-ODW-SS<br><br>DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS JANE DOE<br><br>NOTE ON MOTION CALENDAR: _____ |

JANE DOE hereby declares the following to be true and correct under penalty of perjury and the laws of the State of California and the United States of America:

1.    I am the adult parent of the Plaintiff known as "Jessy" in this matter.

2.    I have been working with Jessy's attorneys on behalf of Jessy since 2016, and I authorized the filing of this action against Mr. Dinkfeld on Jessy's behalf because I believe it to be in Jessy's best interest. Since Jessy turned 18, he has spoken with his attorneys and elected to continue to have them represent him in this and other matters.

3.     Carol Hepburn and Deborah Bianco have been representing Jessy's interests with regard to the child sexual exploitation images of him which are circulating the internet.  These images are known as the Surfer Hair series.  Jessy is the pseudonym that he uses for purposes of all court matters concerning his images.

4.     This court approved the use of a pseudonym (Jessy) for my son in this matter.

5.     As Jessy has matured we have discussed the fact that the images of his exploitation are in circulation on the internet and the dark web, and we have also discussed the various remedies available to him.

6.     Jessy is no longer a minor, and accordingly no longer requires me to act as Next Friend.

7.     I am asking the court to dismiss me as Jessy's Next Friend, and to allow Jessy to appear on his own behalf in this matter.

DATED this 19th day of March, 2020.

_____
Jane Doe, Next Friend for "Jessy"