UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:19-cv-01554-ODW-(SSx) | Date | October 15, 2020 |
|---|---|---|---|
| Title | *Jane Doe et al v. Edward Charles Dinkfeld* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**           **In Chambers**

Pursuant to the Joint Stipulation (ECF No. 69) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**;

2. The Court shall retain jurisdiction to resolve any disputes which may arise concerning the remaining performance due under the settlement; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                              :    00

                         Initials of Preparer    SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:19-cv-01554-ODW-(SSx) | Date | October 15, 2020 |
|---|---|---|---|
| Title | *Jane Doe et al v. Edward Charles Dinkfeld* | | |